**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAMES W. McCORMACK, CLERK

By:_____
DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**PLAINTIFF**

v.

Case No. 4:15cv 712-JLH

**LEOMA LEE**

**DEFENDANT**

## CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendant, Leoma Lee, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the amount of $51,959.00.

2. Execution of the Judgment shall be stayed on the condition that the Defendant shall satisfy this Judgment by making full payment in the amount of $51,959. Payments shall be made in the amount of $100 per month, which are to be withheld from her future monthly Social Security Administration benefits.  The repayment is to start on the fifth day of December, 2015, and on or about the 5th day of each month thereafter until the sum of $51,959.00 is paid in full.

3. That the Defendant shall submit to the Plaintiff for review on at least an annual basis a statement of his/her financial condition and that such information shall be grounds to increase the payments of the Defendant to the Plaintiff at that time. If Defendant=s financial condition improves by twenty percent (20%), a letter will be sent to the Defendant to raise the monthly

payments withheld from his/her Social Security Administration benefits.   The monthly payments may be raised up to ten percent (10%) of the Defendant's total Social Security Administration benefits.

4.   The Judgment shall be filed with the county clerk of the county of residence of the Defendant and any other jurisdiction where the Plaintiff deems appropriate.

5.   In the event the Defendant defaults in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6.   Notice to the Defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Leoma Lee at 920 Mulberry Street, Apt. J-1, Lake Village, Arkansas, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

11/16/15
Date

SHANNON S. SMITH
ASSISTANT U.S. ATTORNEY

11-12-2015
Date

LEOMA LEE
DEFENDANT

APPROVED:

November 17, 2015
Date

UNITED STATES JUDGE